UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21418-MARTINEZ/SANCHEZ

LUIS GONZALEZ,

    Plaintiff,

vs.

S1 SECURITY GROUP INC AND
ROLANDO E. PALMA,

    Defendants.
_____/

<u>NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF</u>

    Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Luis Gonzalez, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address/email address.

    Dated this 4th day of March 2026.

<u>s/Katelyn Schickman, Esq.</u><br>
Brian H. Pollock, Esq.<br>
Fla. Bar No. 174742<br>
brian@fairlawattorney.com<br>
Katelyn Schickman, Esq.<br>
Fla. Bar No. 1064879<br>
katie@fairlawattorney.com<br>
FAIRLAW FIRM<br>
135 San Lorenzo Avenue<br>
Suite 770<br>
Coral Gables, FL 33146<br>
Tel:    305.230.4884

Counsel for Plaintiff