UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21418-CIV-MARTINEZ/Sanchez

LUIS GONZALEZ,

    Plaintiff,

v.

S1 SECURITY GROUP, INC., *and*
ROLANDO E. PALMA,

    Defendants.
_____/

## NOTICE OF COURT PRACTICES IN FLSA CASES

**THIS CAUSE** came before the Court *sua sponte*. The Court notes that this action is filed under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, ("FLSA"). In order to assist the Court in the management of the case, the parties are **ORDERED** to comply with the following procedures:

    1.    Plaintiff shall file a statement of claim setting forth at least (1) an initial estimate of the total amount of alleged unpaid wages, (2) a preliminary calculation of such wages, (3) the approximate period during which the alleged FLSA violations occurred, and (4) the nature of the wages (*e.g.*, overtime or regular) **within twenty (20) days** from the date of this Notice. Plaintiff shall promptly serve a copy of this Notice, the Statement of Claim, and copies of all supporting documents (including time sheets, pay stubs, etc.) on counsel for Defendant(s) once an appearance has been made or at the time the Statement of Claim is filed (if defense counsel has already appeared).

    2.    Defendant(s) shall file a response **within fifteen (15) days** of receiving service of Plaintiff's statement, setting forth in detail any defenses to Plaintiff's claims, and including copies

of all supporting documents.

3. This matter is **REFERRED** for purposes of a settlement conference before Magistrate Judge Eduardo I. Sanchez, to occur within **fourteen (14) days** of Defendant(s) filing its/their Response to Plaintiff's Statement of Claim. Counsel shall confer and contact Magistrate Judge Sanchez's Chambers prior to the due date for the response by Defendant(s) to Plaintiff's statement of claim to schedule the settlement conference. Except as provided under Local Rule 16.2.E, the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory. All discussions, representations, and statements made at the settlement conference shall be confidential and privileged. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **seven (7) days** of the conference.

4. In the event the settlement conference is unsuccessful, all parties are required to participate in subsequent mediation, which shall take place by the deadline contained in the Court's Scheduling Order, which will be entered separately.

5. Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the dismissal of this action or entry of default.

DONE AND ORDERED in Chambers at Miami, Florida, this 4 day of March, 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record