UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21418-MARTINEZ/SANCHEZ

LUIS GONZALEZ,

    Plaintiff,

vs.

S1 SECURITY GROUP INC AND
ROLANDO E. PALMA,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, S1 SECURITY GROUP INC**

Plaintiff, Luis Gonzalez, files the Return of Service on Defendant, S1 Security Group Inc (served on March 4, 2026).

Dated this 5th day of March 2026.

    s/Katelyn Schickman, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    Katelyn Schickman, Esq.
    Fla. Bar No. 1064879
    katie@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:  305.230.4884
    *Counsel for Plaintiff*