# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:26-CV-21418-JEM

Plaintiff:
**Luis Gonzalez**

vs.

Defendants:
**S1 Security Group Inc and Rolando E. Palma**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 3rd day of March, 2026 at 4:07 pm to be served on **S1 Security Group Inc c/o Law Office Hiss Hernandez, Registered Agent, 3250 Nw 7th Street, Miami, FL 33125**.

I, Joseph Onega, do hereby affirm that on the **4th day of March, 2026** at **2:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Vanessa Denti, legal assistant, as Authorized Employee of Registered Agent,** for S1 Security Group Inc c/o Law Office Hiss Hernandez, Registered Agent, at the address of: **3250 Nw 7th Street, Miami, FL 33125**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 130, Hair: Blonde, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861, SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026000246

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e