UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21418-CIV-MARTINEZ

LUIS GONZALEZ,

    Plaintiff,

v.

S1 SECURITY GROUP, INC., *and*
ROLANDO E. PALMA,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. While Defendant, S1 SECURITY GROUP, INC., appears to have been served (*see* Return of Service [ECF No. 6]); to date, no proofs of service on the remaining Defendant has been filed. To better manage the orderly progress of the case, it is

**ORDERED** that Defendant, S1 SECURITY GROUP, INC., and all later served Defendants shall not file responses until all Defendants have been served. After all Defendants have been served, Defendants shall submit a single, combined response or separate answers within the time allowed for the last-served Defendant to respond. Although Defendants are not required to file responses to the Complaint until all Defendants have been served, each Defendant shall file a notice of appearance within 21 days of service of the Complaint upon that Defendant; or, in the case of a natural person, a notice of intent to proceed *pro se*.

**DONE AND ORDERED** in Miami, Florida, this __6__ day of March, 2026.

                                                      _____
                                                      JOSE E. MARTINEZ
cc:   all counsel of record                       UNITED STATES DISTRICT JUDGE