## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-21418-JEM

Plaintiff:
**Luis Gonzalez**

vs.

Defendants:
**S1 Security Group Inc and Rolando E. Palma**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 3rd day of March, 2026 at 4:07 pm to be served on **Rolando E. Palma, 9875 SW 138 Street, Miami, FL 33176**.

I, Stefany Camejo, do hereby affirm that on the **11th day of March, 2026** at **9:12 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Kiara Palma** as **Co-resident** at the residential address of: **9875 SW 138 Street, Miami, FL 33176**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Florida State statute, §48.031(1)(a).

**Description** of Person Served: Age: 27, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 120, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Stefany Camejo**
Certified Process Server #2509

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2026000247

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e