Case 1:26-cv-21418-JEM

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:26-CV-21418-JEM

**LUIS GONZALEZ,**

      Plaintiff,

vs.

**S1 SECURITY GROUP, INC., AND
ROLANDO E. PALMA,**

      Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendants, S1 Security Group, Inc. and Rolando E. Palma (collectively, "Defendants"), by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for an extension of time in which to file their Answer to Plaintiff's Complaint, and in support thereof state as follows:

1.    Plaintiff, Luis Gonzalez, filed his Complaint in this action on March 3, 2026, asserting claims under the Fair Labor Standards Act ("FLSA") for minimum wage violations (Count I) and retaliation (Count II), as well as state-law claims for breach of contract (Count III) and unjust enrichment (Count IV).

2.    Defendants were served with the Summons and Complaint on or about March 4, 2026. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' Answer is currently due on or before March 25, 2026.

3.    The Complaint raises four separate counts involving both federal and state-law claims. Defendants' counsel requires additional time to thoroughly review and analyze the voluminous payroll records, employment agreements, internal email correspondence, payroll register reports, and other documentation necessary to prepare a complete and accurate Answer and assert all appropriate Affirmative Defenses.

4.    This case involves a former employee who worked for approximately two weeks, during which time multiple payroll cycles, employment onboarding documents, and off-boarding obligations are at issue. A careful and thorough review of these records is

Case 1:26-cv-21418-JEM

essential to ensure that all factual responses and legal defenses are properly and accurately pleaded.

5.   Defendants respectfully request an extension of twenty-one (21) days, up to and including April 15, 2026, in which to file their Answer to Plaintiff's Complaint.

6.   This is Defendants' first request for an extension of time in this matter. No previous extensions have been sought or granted.

7.   This motion is made in good faith and is not sought for the purpose of delay. Defendants intend to file their Answer promptly upon completion of their review of the relevant records.

8.   No party will be prejudiced by the requested extension. This case is in its earliest stage, no scheduling order has been entered, and no discovery deadlines are pending.

9.   Undersigned counsel has conferred with Plaintiff's counsel regarding this Motion. Specifically, Hoss Hernandez, Esq., spoke by telephone with Katelyn Schickman, Esq., an associate at FairLaw Firm, who confirmed on behalf of Plaintiff's counsel that Plaintiff does not oppose the requested extension. Accordingly, this Motion is unopposed.

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(3)

Undersigned counsel hereby certifies that, in compliance with Local Rule 7.1(a)(3), counsel for the movant has conferred with opposing counsel regarding the relief sought in this Motion. Hoss Hernandez, Esq., conferred by telephone with Katelyn Schickman, Esq., an associate at FairLaw Firm, counsel for Plaintiff. Plaintiff's counsel does not oppose the relief requested herein. This Motion is therefore unopposed.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting an extension of time up to and including April 15, 2026, in which to file their Answer to Plaintiff's Complaint, and for such other relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Hoss Hernandez*
HOSS HERNANDEZ, ESQ.
Florida Bar No.: 852716
3250 NW 7th Street
Miami, Florida 33125
Tel: (305)-859-2222
Fax: (305) 938-0771
Email: hosshernandezpa@gmail.com
Counsel for Defendants

Case 1:26-cv-21418-JEM

Dated: March 23, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, and/or by first-class U.S. mail to:

> Brian H. Pollock, Esq.
> FairLaw Firm
> 135 San Lorenzo Avenue, Suite 770
> Coral Gables, FL 33146
> brian@fairlawattorney.com

By: _____

**Hoss Hernandez, Esq.**