UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21418-JEM

LUIS GONZALEZ,
      Plaintiff,

vs.

S1 SECURITY GROUP, INC., AND
ROLANDO E. PALMA,
      Defendants.

_____/

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

THIS CAUSE came before the Court upon Defendants' Unopposed Motion for Extension of Time to File Response/Reply/Answer [DE 9], filed on March 24, 2026. The Court, having reviewed the Motion, having noted that the Motion is unopposed, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Unopposed Motion for Extension of Time [DE 9] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants, S1 Security Group, Inc. and Rolando E. Palma, shall have up to and including **April 15, 2026**, in which to file their Answer or other responsive pleading to Plaintiff's Complaint.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this ___ day of March, 2026.

_____
**HONORABLE JOSE E. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to:**

All counsel of record