UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21418-MARTINEZ/SANCHEZ

LUIS GONZALEZ,

       Plaintiff,

vs.

S1 SECURITY GROUP INC AND
ROLANDO E. PALMA,

       Defendants.

_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Luis Gonzalez, pursuant to the Court's Notice of Court Practices in FLSA Cases entered on March 5, 2026, [ECF No. 5], files this Statement of Claim based on the information known to Plaintiff and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

## *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from his employment at this time, and so he must estimate the hours that worked, the pay that received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that he is owed $1,312.00.

4. Plaintiff calculated the amount he estimated he is owed as follows:

   $16.00 per hour x 82 hours = $1,312.00 in wages under Florida law

   (Includes $7.25/hour x 82 hours = $594.50 in FLSA Min Wages Owed)

5. Plaintiff claims he is owed wages for work performed **between November 13 and 27, 2025**.

6. Plaintiff also seeks liquidated damages in an amount equal to the above unpaid/underpaid minimum wages ($594.50) plus reasonable attorneys' fees and costs pursuant to the FLSA.

7. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

8. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

9. This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

2

The foregoing amounts are subject to increase commensurate with the expenditure of additional time, effort, and expense in this matter.

Respectfully submitted this 25th day of March 2026.

<u>Katelyn Schickman, Esq.</u>
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*

3