UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21418-JEM

LUIS GONZALEZ,
     Plaintiff,

vs.

S1 SECURITY GROUP, INC., AND
ROLANDO E. PALMA,
     Defendants.

_____/

## DEFENDANTS' URGENT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

Defendants, S1 Security Group, Inc. and Rolando E. Palma by and through undersigned counsel file this their Urgent Motion for Continuance and state as follows:

1. This matter is set for settlement conference today, April 13th, 2026, at 3:00pm in the Miami Division before Magistrate Judge Eduardo I. Sanchez at the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Sixth Floor, Miami, Florida 33128.

2. Undersigned counsel has the flu and is currently running a 102 fever, therefore, requesting a continuance of today's settlement conference.

3. Undersigned counsel has conferred with Katie Schickman, Esq., counsel for the Plaintiff, and she had confirmed that she has no objection to undersigned counsel's request for a continuance of the settlement conference

5. This urgent motion for continuance is done in good faith, for the reasons stated herein and not for the purpose of delay and/or prejudice.

**WHEREFORE,** Defendants, S1 Security Group, Inc. and Rolando E. Palma respectfully request that today's settlement conference in this matter be rescheduled.

*/s/ Hoss Hernandez*
HOSS HERNANDEZ, ESQ.
Florida Bar No.: 852716
3250 NW 7th Street
Miami, Florida 33125
Tel: (305)-859-2222
Fax: (305) 938-0771
Email: hosshernandezpa@gmail.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13th, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, and/or by first-class U.S. mail to:

Brian H. Pollock, Esq.
Katie Schickman, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

2