UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21418-MARTINEZ/SANCHEZ

LUIS GONZALEZ,

      Plaintiff,

vs.

S1 SECURITY GROUP INC AND
ROLANDO E. PALMA,

      Defendants.

_____/

## JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to these proceedings (Magistrate Judge Eduardo I. Sanchez) conduct all further proceedings in this case, including the trial and order the entry of a final judgment. The parties do not consent to reassignment to any other or successor Magistrate Judge.

Dated this 14th day of May 2026.

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
Counsel for Plaintiff

s/Hoss Hernandez, Esq.
Hoss Hernandez, Esq.
Fla. Bar No.: 852716
hosshernandezpa@gmail.com
Hoss Hernandez, P.A.
3250 NW 7th St, Miami, FL 33125
(305) 859-2222
Counsel for Defendants