UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21418-CIV-MARTINEZ

LUIS GONZALEZ,

      Plaintiff,

v.

S1 SECURITY GROUP, INC. and
ROLANDO E. PALMA,

      Defendants.

_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR CONSENT MATTERS

**PURSUANT TO** the Magistrate Rules of the Local Rules of the Southern District of Florida, and with the consent to jurisdiction of all parties in the suit [ECF No. 24], the above-captioned cause is referred to United States Magistrate Judge **Eduardo I. Sanchez** to conduct any and all further proceedings in this case, including trial, entry of final judgment, and any post-trial proceedings in accordance with 28 U.S.C. § 636(c) and Fed R. Civ. P. 73. The parties have indicated that they "voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to these proceedings (Magistrate Judge Eduardo I. Sanchez) conduct all further proceedings in this case, including the trial and order the entry of a final judgment." [ECF No. 24]. Therefore, it is

**ORDERED** that it is the responsibility of the parties in this case:

1.      To indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption - CASE NO.: 26-21418-CIV-SANCHEZ.

2.      To indicate on the first page under the case number, of all above-referenced motions and related papers hereafter, that the filing is a consent case.

CASE NO. 26-21418-CIV-MARTINEZ

3.     The Clerk is **DIRECTED** to close out this case with respect to the undersigned only and refer all future matters to Magistrate Judge Sanchez alone.

**DONE AND ORDERED** in Miami, Florida, this 15 day of May 2026.

_____

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge Sanchez
         all counsel of record

2