**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No.: 1:26-CV-21418-MARTINEZ/SANCHEZ

**LUIS J. GONZALEZ,**

       Plaintiff,

v.

**S1 SECURITY GROUP INC. and
ROLANDO E. PALMA,**

       Defendants.

_____/

**ORDER APPROVING SETTLEMENT AGREEMENT AND
DISMISSING CASE WITH PREJUDICE**

THIS CAUSE came before the Court upon the parties' Joint Notification of Settlement reached at mediation. The Court, having reviewed the record and being otherwise fully advised in the premises, finds as follows:

**FINDINGS**

1. The parties participated in a Settlement Conference with Magistrate Judge Sanchez, at which they reached a full and final settlement of all claims in this action.

2. Plaintiff Luis J. Gonzalez, individually and through counsel, has voluntarily agreed to settle all claims asserted in this action, including claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the Florida Minimum Wage Act, Fla. Stat. § 448.110, in exchange for the consideration described herein.

3. The Court finds that the settlement was reached as a result of contested litigation, reflects a fair and reasonable resolution of a *bona fide* dispute over FLSA and FMWA provisions,

and is in the best interest of the parties. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353–54 (11th Cir. 1982).

4. The parties have executed a mutual general release of all claims, known and unknown, arising out of or related to the facts and circumstances alleged in the Amended Complaint (DE 16).

## ORDER

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. **Settlement Amount.** Defendants S1 Security Group Inc. and Rolando E. Palma shall pay the total sum of **Twelve Thousand Two Hundred Eighty-Three Dollars and Four Cents ($12,283.04)** as full and final settlement of all claims asserted in this action.

2. **Payment Terms.** Payment shall be made within **fourteen (14) days** of the date of this Order by check made payable to **FairLaw Firm Trust Account** and delivered to Plaintiff's counsel at the address set forth below.

3. **Mutual Release.** The parties' mutual general release, executed in connection with this settlement, is hereby approved and incorporated by reference. Each party releases the other from any and all claims, demands, actions, causes of action, and liabilities of any kind, whether known or unknown, arising out of or related to the claims asserted in this action.

4. **Dismissal with Prejudice.** All claims asserted in this action by Plaintiff Luis J. Gonzalez against Defendants S1 Security Group Inc. and Rolando E. Palma, including all claims under the Fair Labor Standards Act (Counts I–III), the Florida Minimum Wage Act (Count V), and common law (Count IV), are hereby **DISMISSED WITH PREJUDICE**,

with each party to bear its own attorneys' fees and costs except as provided in the settlement.

5. **Retention of Jurisdiction.** The Court shall retain jurisdiction over this action solely for the purpose of enforcing the terms of the settlement agreement in the event of non-compliance for 60 days.

6. **Closure.** Upon confirmation of payment, or upon expiration of fourteen (14) days from the date of this Order without motion from any party, the Clerk of Court is directed to **CLOSE** this case and deny all pending motions as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of May, 2026.

**HONORABLE JOSE E. MARTINEZ**
UNITED STATES DISTRICT JUDGE

**Copies to:**

All counsel of record